CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. Trustee for the Benefit of the Certificate Holders Asset-Backed Pass-Through Certificates Series 2004-WCW1,<br><br>Plaintiff(s)<br>vs<br><br>KEVIN MARTIN, et al.,<br><br>Defendant(s) | JUDGE  PATRICIA A. GAUGHAN |
| | DATE:  SEPTEMBER 5, 2006 |
| | CASE NUMBERS: 1:06CV1121 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

SERVICE HAS NOT BEEN PERFECTED BY THE TIME PROVIDED BY LAW.  THEREFORE, THIS CASE

IS DISMISSED.

 _/s/ Patricia A. Gaughan_
JUDGE PATRICIA A. GAUGHAN